UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARIE THOMPSON, | ) No. CV 15-9608 AS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated: September 12, 2016

                                              _____/s/_____
                                                      ALKA SAGAR
                                      UNITED STATES MAGISTRATE JUDGE